IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KRISTY A. COX                                                                                          PLAINTIFF

v.                                    CIVIL NO. 07-3018

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                          DEFENDANT

## **O R D E R**

NOW on this 21st day of October 2008, the Court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

For the reasons set forth in the Report and Recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on September 16, 2008 (document #12), to which no objections have been filed, the Court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $1,175.03.

This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

**AO72A**
**(Rev. 8/82)**